UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| NICOLE NADINE MORRIS, | : | CASE NO.:  10-96777-MGD |
| Debtor. | : | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS FILED**

To: Creditors and Other Parties in Interest

**PLEASE TAKE NOTICE** that NICOLE NADINE MORRIS filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with the notice or have received by mail.  Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed modification must that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION**: Twenty-four (24) days after the date on which this proposed modification was filed.  The proposed modification was filed on January 10, 2012.  If the twenty-third day after the date of service falls on a weekend or holiday, the deadline is extended to the next business day.

PLACE OF FILING:   Clerk, United States Bankruptcy Court
Room 1340
75 Spring Street., SW
Atlanta, GA 30303

If you mail an objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor(s) at: 7155 Roswell Road, NE, #10, Atlanta, Georgia 30328.

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification on February 8, 2012 at 9:50 AM in Courtroom 1201, United States Courthouse, Richard B. Russell Federal Building, 75 Spring St., SW, Atlanta, GA 30303.  **If no objection is timely filed, the Court may approve the proposed modification without further order or notice.**

| | |
|---|---|
| Dated: January 10, 2012 | Respectfully submitted, |
| | VAN WIEREN LAW FIRM, LLC |
| angel@vanwierenlaw.com | Attorney to Debtor |
| 675 Seminole Ave., NE, #103 | /s/_____ |
| Atlanta, GA 30307 | Angel M. Van Wieren |
| (404) 963-7408 | GA Bar No. 123009 |

1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| NICOLE NADINE MORRIS, | : | CASE NO.: 10-96777-MGD |
| Debtor. | : | |

POST-CONFIRMATION MODIFICATION OF PLAN

COMES NOW, Nicole Nadine Morris (the "Debtor"), by and through counsel and files this Post-Confirmation Modification of Plan and requests that the proposed modifications be approved.

MODIFICATION OF PLAN

The Debtor hereby modifies the Chapter 13 Plan, which this Honorable Court confirmed on April 8, 2011. The following modifications are proposed for purposes of paying the Debtor's attorney fees at the earliest possible disbursements.

**Administrative Claims.** Trustee will pay in full allowed administrative claims and expenses pursuant to §507(a)(2) as set forth below, unless the holder of such claim or expense has agreed to a different treatment of its claim.

(B). **Debtor's Attorney's Fees.** Debtor and Debtor's attorney have agreed to a base attorney fee in the amount of $3,500.00 for the services identified in the Rule 2016(b) disclosure statement filed in this case. The amount of $691.00 was paid prior to the filing of the case. The balance of the fee shall be disbursed by Trustee as follows: (1) Upon the first disbursement following confirmation of a Plan, the Trustee shall disburse to Debtor's attorney from the proceeds available and paid into the office of the Trustee by Debtor or on Debtor's behalf, up to $1,000.00 after the payment of adequate protection payments and administrative fees. The remaining balance of the fees shall be paid up to $850.00 per month until the fees are paid in full; (2) If the case is dismissed or converted prior to confirmation of the plan, the Trustee shall pay fees to Debtor's attorney from the proceeds available and paid into the office of the Trustee by Debtor or on Debtor's behalf, all funds remaining, not to exceed $2,809.00, after payment of any unpaid filing fees, Trustee's fees and expenses, and adequate protection payments, if applicable.

HOW ADDITIONAL NON-BASE FEES ARE TO BE PAID:
Debtor and Debtor's attorney have agreed that if circumstances not presently known require more than the usual and customary services, Debtor's attorney may file a fee application for additional compensation at the rate of $200.00 per hour. Debtor and Debtor's attorney have further agreed that any services not listed in paragraph 6 of the

2

2016(b) disclosure statement shall constitute work beyond the usual and customary services. If the application for additional attorney's fees is approved by the court, then the fee shall be added to the balance of the unpaid base fee in this case and paid in accordance with paragraph b(i) above. If the base fee has been paid in full, then the fee shall be paid up to $850.00 per month, and the distribution to creditors shall be reduced, pro rata, by that amount until the additional fee is paid in full.

Dated: January 10, 2012

Respectfully submitted,
VAN WIEREN LAW FIRM, LLC
Attorney to Debtor

/s/_____
Angel M. Van Wieren
GA Bar No. 123009
675 Seminole Ave., NE, #103
Atlanta, GA 30307
(404) 963-7408
angel@vanwierenlaw.com